IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02082-LTB-MEH

JOHN SEDGELEY,

     Plaintiff,

v.

OLYMPUS SURGICAL & INDUSTRIAL AMERICA, INC.,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2009.**

     The Stipulated Motion for Entry of Proposed Protective Order [filed February 4, 2009; docket #15] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.