IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02082-LTB-MEH

JOHN SEDGELEY,

      Plaintiff,

v.

OLYMPUS SURGICAL & INDUSTRIAL AMERICA, INC.,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2009.**

      Defendant's Unopposed Motion for Leave for Insurance Adjuster to Attend Settlement Conference Telephonically [filed April 9, 2009; docket #22] is **granted**. Defendant shall ensure that the insurance adjustor is available by telephone throughout the entirety of the conference.