**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02082-LTB-MEH

JOHN SEDGELEY,

      Plaintiff,

v.

OLYMPUS SURGICAL & INDUSTRIAL AMERICA, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Plaintiff's Response and Withdrawal of Objection to Defendant's Motion to File an Amended Answer and Defenses, Doc. No. 28, it is

      **ORDERED that the Defendant's Motion to File an Amended Answer and Defenses, Doc. No. 26, is GRANTED**.

Dated:   May 4, 2009
_____