**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02082-LTB-MEH

JOHN SEDGELEY,

       Plaintiff,

v.

OLYMPUS SURGICAL & INDUSTRIAL AMERICA, INC.,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 33 - filed July 2, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   July 8, 2009